IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LAMPKINS CROSSING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:17-cv-00906 |
| v. ) | Judge Trauger |
| ) | |
| WILLIAMSON COUNTY, TENNESSEE ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT WILLIAMSON COUNTY TENNESSEE'S MOTION TO DISMISS**

The defendant, Williamson County, Tennessee ("defendant" or "County") files this motion to dismiss the complaint under Rule 12 (b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction. The plaintiff 's claims are not ripe for adjudication, because the County Planning Commission's conditional approval of the plaintiff's concept plan was not a final, reviewable decision.

The defendant relies upon and files herewith:

1. The Declaration of Michael Matteson, Exhibit 1 hereto, with Exhibits A-F attached thereto.

2. The Declaration of Elaine Vasquez, Exhibit 2 hereto, with Exhibits A and B.

3. Certified copies of pleadings and orders in *Tom Moon and Lampkin's Crossing, LLC v. Williamson County, Tennessee*, No. 2017-96 (Wmson. Co. Cir. Ct., February 24, 2017), Collective Exhibit 3 hereto.

The defendant also relies upon the memorandum of law submitted with this motion.

1

Dated: June 26, 2017

                Respectfully Submitted,

                */s/Douglas Berry*

                Douglas Berry (TN Bar No. 6927)
                **MILLER & MARTIN PLLC**
                401 Commerce Street, Suite 720
                Nashville, TN 37219
                Telephone: (615) 744-8620
                Facsimile: (615) 744-8635
                E-mail: doug.berry@millermartin.com
                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of June, 2017, I caused a copy of the foregoing be served on all counsel of record via the Court's Electronic Case Filing System:

Todd E. Panther
Tune, Entrekin & White P.C.
315 Deaderick Street, Ste. 1700
Nashville, TN 37238

                */s/ Douglas Berry*